IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOUGLASS L. REED,           :

              Plaintiff,

-vs-

MICHAEL ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

              Defendant.      :

Case No. 3:08-cv-208

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 28, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Motion for Attorney Fees (Doc. No. 16) be, and it hereby is GRANTED in the amount of $25,326.25.

November 29, 2011.

                                                    Walter Herbert Rice
                                                  United States District Judge